UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN

LEON BANKS, Plaintiff,

V.

BRICE, ARNOLD and John Does et.al.
Garceau, Kevin Defendants

42 USC § 1983 COMPLAINT and INJUNCTION

That on or around MAY 27th 2025 while I was incarcerated at the Columbia Correctional Institution I yelled banged on cell door which hurt my hands and an attempt to alert security and or (PSU) staff to notify them of the fact that the voices were bothering me and also instructing me to hang and kill myself after several attempts to notify staff I attached a sheet to the light fixture and put it around my neck and hung myself eventually Doe Staff members that I cant identify which doe defendant did what but I woke up in a restraint chair with leg restraints and also handcuffs so

tight on my Ankles that it gashed out blood and skin was exposed down to the white meat and my Right Rist was also bleeding from the handcuffs I informed the multiple doe defendants that I was having pain in my chin and ankles rist neck and throat I was taken to see the nurse who did not give me adequate medical attention never prescribed anything for my pain did not treat my wounds or properly evaluate me after I informed her of my injuries she is named as a Jane Doe 1 defendant I also informed Brice that I have ~~asthma~~ asthma and Doe 1 of the fact that I was having trouble breathing but they disregarded and ~~~~ placed me in a cell and proceed to do a strip search once completed I was ~~~~ again placed in leg restraints and hand cuffed to the back at which time I became scared and stated that Im not going with y'all during this exscort I was then Ordered to comply which I didnt as I was Afraid of being killed That BRICE then Tazed me three times on my back causing excruciating

(3)

n through my entire body they tortured me with that tazer and none of the Doe defendants who I can't identify at this time to say which ones did what or their names did nothing to protect me from the torture I endured being torture tazed multiple times while in restraints leg and arms restraints I requested medical attention which I was taken to see the same Jane Doe 1 nurse who asked me was I OK I informed her that my back and body was hurting along with my shoulder as I was placed back into a restraint chair that the strap were squeezed my arms shoulders so tight across my chest that I was having trouble breathing but nothing was done for none of my pain even until this day as I continued to request (PSU) staff but Brice denied me mental health services that I attempted to contact mental health staff security staff before I attempted suicide but there is no way of contacting Columbia Correctional Institution staff in case of an "Emergency" there are "NO" EMERGENCY Buttons or information to help me in these kind of situations leaving me at risk of death or injury denying me medical and mental health Emergency services

INJUNCTION

at the defendants and Warden Garceau is aware of risk of death as there are no emergency buttons in (RHI) for inmates in case of emergency as I have suffered harm due to these conditions I suffered pain mentally and physically as I almost lost my life and now I am having excruciating neck and body pains an award of damages would unlikely make me whole at the end of trial I had to yell and cause myself harm by banging on a metal door for emergency help these conditions pose a continued grave risk of harm exspecially towards mentally ill inmates as I suffer from Schizophrenia and PTSD and other unspecified mental health diagonosis which defendants are aware of as I've notified Warden Garceau of my mental health concerns and my physical concerns along with the conditions of (RHI) these conditions and denial of medical and mental health services during emergency situation inflict and exactrabated my mental health I am afraid for my life please see Ruiz v Johnson 37 F Supp 2d 855, 914 (S.D. Tex, 1999) There are no emergency intercomes or buttons to alert staff in an unpredictable situations even if staff are conducting 30 minute round checks there are unpredictable incidents that can occure that may be avoided life or death situations stated above that can happen unpredictably this has caused me grave harm already

WHEREFORE the plaintiff ~~request~~ RESPECTFULLY request that the Court issue an Emergency Injunction for the WARDEN of Colombia Correctional Institution to install Emergency Intercome Systems throughout the prison as a safety precaution starting with (RH1) If other units dont have Emergency intercome Systems I also RESPECTFULLY request the Court to grant the complaint cash damges for my HAIM RESPECTFULLY the plaintiff money DAMAGES in the amount to Court deems necessary to deter this kind of treatment and denial of my Rights and punitive damages in the amount of $900,989. thousand dollars and a public Apology

Respectfully
Submitted
LB
LEON BANKS

Dated this 13th day of June 2025